UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-86-KSF

BEATRICE RILEY    PLAINTIFF

vs.    **OPINION AND ORDER**

SODEXHO, INC.    DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court on Plaintiff's Petition for Reconsideration [DE #17] of this Court's Opinion and Order entered September 5, 2007. The Court, having considered the Petition, the Response thereto, and otherwise being sufficiently advised, finds as follows:

The Petition does not claim, and certainly does not demonstrate, any error in the Court's Opinion that would warrant reconsideration. Instead, it rehashes some of the same arguments that the Court considered and rejected in its Opinion. Having failed to set forth any grounds to warrant reconsideration, Plaintiff's Petition must be denied.

**IT IS ORDERED** that Plaintiff's Petition for Reconsideration [DE #17] is **DENIED**. Defendant's request for an award of expenses [DE #18] is denied at this time without prejudice to renew the request in the future if it appears appropriate.

This October 4, 2007.



Signed By:

*Karl S. Forester* KSF

**United States Senior Judge**